UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JENNIFER CABAN,

    Plaintiff,

v.                                              Case No: 8:17-cv-1123-T-36TBM

SMARTPAY LEASING, LLC,

    Defendant.
_____/

# ORDER

This matter comes before the Court upon the Defendant's Motion to Compel Arbitration (Doc. 11), filed on June 22, 2017. Defendant Smartpay Leasing, LLC, seeks to stay these proceedings pending the arbitration of the claims asserted by Plaintiff Jennifer Caban, on the basis that the arbitration clause in the parties' Lease Agreements expressly requires binding arbitration. Plaintiff does not object to this Court staying the matter and compelling arbitration. *See* Doc. 14. The Court, having considered the motion and being fully advised in the premises, will grant the Defendant's Motion to Compel Arbitration.

Accordingly, it is hereby

**ORDERED**:

    1.    Defendant's Motion to Compel Arbitration (Doc. 11) is **GRANTED**.

    2.    This case is **STAYED** pending the arbitration of Caban's claims against Smartpay Leasing, LLC.

    3.    The parties shall file a notice informing the Court that the arbitration has concluded, or that their dispute has otherwise been resolved, within ten days of either of such events.

- 2 -

4. The Clerk is directed to terminate all pending motions and deadlines and administratively close this file.

**DONE AND ORDERED** in Tampa, Florida on July 11, 2017.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:

Counsel of Record